

# NUMBER 13-15-00395-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE BTB REFINING, LLC

## On Petition for Writ of Mandamus.

## ORDER

**Before Chief Justice Valdez and Justices Benavides and Perkes**
**Order Per Curiam**

Relator BTB Refining, LLC filed a petition for writ of mandamus in the above cause on August 31, 2015, through which it seeks to vacate a temporary injunction which allegedly acted, in part, as a prejudgment writ of attachment. The Court requests that the real party in interest Mohammad Anwar Farid Al-Saleh, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
3rd day of September, 2015.